IN THE FEDERAL DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HANY SHALABI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, a municipal corporation,<br><br>Defendant. | Case No.: 21-cv-5623<br><br>Hon. Judge Manish S. Shah |

**JOINT INITIAL STATUS REPORT**

1. Nature of the Case

    a. Attorneys of record for each party, including lead attorneys:

Attorneys for Plaintiff: Christina Abraham, Esq. (lead), and Janaan Hashim, Esq.

Attorneys for Defendant: Scott Crouch, (lead), John M. Catalano, Jr.

    b. Basis for federal jurisdiction:

Jurisdiction is proper under 28 U.S.C. § 1331 because this action arises under the laws of the United States. This action is brought pursuant to 42 U.S.C. § 1983 for race discrimination and Title VII of the Civil Rights Act of 1964, as amended, for religion and national origin discrimination and retaliation. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) on or about October 14, 2020 and received a Notice of Right to Sue on July 23, 2021.

    c. Nature of the claims asserted in the complaint, counterclaims:

Plaintiff filed his Complaint on October 21, 2021. Defendant was served on December 3, 2021. On December 14, 2021, Plaintiff filed his First Amended Complaint to correct errors and to include a claim under 42 U.S.C. § 1983. Plaintiff's First Amended Complaint alleges four counts: (1) § 1983 for violations of constitutional and statutorily protected rights; (2) national origin discrimination under Title VII of the Civil Rights Act of 1964; (3) religious discrimination under Title VII; and (4) retaliation under Title VII. Defendant was sent, by certified mail, a copy of the filed First Amended Complaint. Counsel for Defendant filed their appearances on December 20, 2021. Defendant City of Chicago's responsive pleading is currently due on December 28, 2021. The City plans on filing a motion for extension of time to answer or otherwise plead seeking an extension until February 10, 2022.

Plaintiff's First Amended Complaint alleges he was a qualified applicant for a police officer position at Defendant. Plaintiff applied for the position in April of 2016. At all times relevant, Plaintiff's wife was a police officer at Defendant and had engaged in protected activity to seek accommodations for pregnancy and to pump breast milk. Plaintiff's wife experienced ongoing harassment and retaliation following her requests for accommodation (the subject of which is under current litigation, *Nanlawala v. City of Chicago*, 21-cv-5624). In 2018, while Plaintiff's application was still pending, and after his wife applied for a tactical team position at Defendant, Plaintiff's wife was accused of being "antisemitic" after a lieutenant discovered an old Facebook profile and found photographs of her attending a pro-Palestinian rally and wearing the traditional Muslim headscarf (*hijab*). Plaintiff's application for a police officer position has been pending since 2016. Defendant has not filed any counterclaims. The City's responsive pleading is currently due December 28, 2021. This City requests an extension until February 10,

2022 to answer or otherwise respond to the Amended Complaint. Plaintiff does not object to the City's request.

    d. Major legal and factual issues anticipated:

Whether there are genuine issues of material fact as to whether Defendant violated § 1983, discriminated against Plaintiff on the basis of his national origin and/or religion, and whether Defendant retaliated against Plaintiff because of his wife's protected activity.

    e. Description of the relief sought by the plaintiff:

Plaintiff seeks actual, compensatory damages, an injunction, costs, attorney fees and any other relief the Court deems just and proper.

2. Pending Motions and Case Plan

    a. All pending motions

There are no pending motions at this time.

    b. Proposal for a discovery plan, including:

The parties have not yet discussed a plan for discovery.

        i. General type of discovery needed:

The parties anticipate written and oral discovery. The parties do not anticipate expert discovery.

        ii. Date for Rule 26(a)(1) disclosures:

February 28, 2022

        iii. A date to issue written discovery:

March 14, 2022

        iv. A fact discovery completion date:

July 29, 2022

        v. Anticipated expert disclosures/discovery:

N/A

        vi. Date for the filing of dispositive motions:

August 26, 2022

    c. Whether a jury trial is requested and the anticipated length of trial:

Plaintiff has requested a jury trial. The parties anticipate trial to require up to four (4) days.

3. Consent to Proceed before a Magistrate Judge

The parties do not unanimously consent to proceed before a Magistrate Judge.

4. Settlement discussion

To date, no settlement discussions have occurred. The parties do not request a settlement conference at this time.

Respectfully submitted,

Dated: December 22, 2021

| | |
|---|---|
| /s/ *Christina Abraham* | |
| Christina Abraham | CELIA MEZA |
| | Corporation Counsel |
| | of the City of Chicago |
| Christina Abraham, Esq. | |
| Abraham Law and Consulting, LLC | By: /s/ *Scott Crouch* |
| 161 N. Clark Street, Suite 1600 | Scott Crouch |
| Chicago, IL 60601 | John M. Catalano Jr. |
| (312) 588-7150 | Assistants Corporation Counsel |
| Christina.w.abraham@gmail.com | City of Chicago, Department of Law |
| | Employment Litigation Division |
| Janaan Hashim, Esq. | 2 North LaSalle Street, Suite 640 |
| Amal Law Group, LLC | Chicago, Illinois 60602 |
| 161 N. Clark Street, Suite 1600 | Scott.Crouch@cityofchicago.org |
| Chicago, IL 60601 | John.Catalano2@cityofchicago.org |
| 312-882-4122 | (312) 744-8369 |
| jhashim@amallaw.com | (312) 742-4045 |

*Counsels for plaintiff*