# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Hany Shalabi

                Plaintiff,

v.                                       Case No.: 1:21–cv–05623
                                                       Honorable Manish S. Shah

City of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 22, 2021:

    MINUTE entry before the Honorable Manish S. Shah: The deadline for defendant to respond to the complaint is extended to 2/10/22. The parties shall exchange initial disclosures by 2/28/22, and all fact discovery shall be noticed in time for completion by 7/29/22. Plaintiff must make a settlement demand with initial disclosures and the initial disclosures should include a rigorous damages calculation. Defendant should respond to plaintiff's settlement demand by 3/14/22. Any requests to amend the pleadings must be made by 6/1/22. The court will set expert discovery and dispositive motion briefing schedules when the parties get closer to completing fact discovery. An agreed proposed confidentiality order may be submitted to proposed_order_shah@ilnd.uscourts.gov. The parties may email susan_mcclintic@ilnd.uscourts.gov for a settlement referral. A joint status report on discovery progress must be filed by 4/27/22. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.