IN THE FEDERAL DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HANY SHALABI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, a municipal corporation,<br><br>Defendant. | Case No.: 21-cv-5623<br><br>Hon. Judge Manish S. Shah<br><br>Magistrate Judge Jeffrey Cummings |

**JOINT STATUS REPORT**

Pursuant to the Court's April 28, 2022 Order (Dkt. 19), the parties jointly submit this status report on the progress of discovery.

1. On December 22, 2021, the Court set the deadline for fact discovery at July 29, 2022. (Dkt. 12).

2. On February 10, 2022, Defendant filed a partial motion to dismiss Counts I and IV of Plaintiff's complaint. (Dkts. 13-14).

3. On March 4, 2022, both Parties exchanged their 26(a) Disclosures.

4. Defendant's partial motion to dismiss was fully briefed as of March 17, 2022. (Dkts. 14-17)

5. On May 4, 2022, Defendant issued discovery to Plaintiff. On May 9, 2022, Plaintiff issued discovery to Defendant. Both Parties recognized that the scope of discovery depended on the Court's ruling, i.e., whether Plaintiff's *Monell* claim and Title VII retaliation claim would survive.

6. On May 25, 2022, the Court granted in part Defendant's partial motion to dismiss as to Count I and denied Defendant's partial motion to dismiss as to Count IV of Plaintiff's complaint. (Dkt. 20).

7. The parties exchanged discovery requests and both parties are diligently working to procure documents and prepare their respective discovery responses. However, counsel for Defendant has become ill and is currently out of the office. Plaintiff will provide his written discovery to Defendant on July 1 as originally agreed between the parties. In light of counsel for Defendant's illness, Plaintiff does not oppose receiving Defendant's written discovery responses by July 15, 2022.

8. After the Court ruled on Defendant's partial motion to dismiss, Plaintiff recognized that Defendant had not been ordered to answer his complaint and reminded Defendant that it had not answered. As such, Defendant respectfully asks that it be allowed to answer on or before July 13, 2022.

9. It is anticipated that Defendant's Answer will likely impact discovery and likely cause supplemental document production requests.

10. Furthermore, counsel for Defendant has a trial set for September 19, 2022, which will inhibit counsel's time to review Plaintiff's document production and complete its depositions prior to the end of discovery. Additionally, Plaintiff's counsel has nine depositions scheduled throughout July relating to other cases and a Motion for Summary Judgment briefing that ends on August 5. Neither of these circumstances were anticipated when the parties created the discovery schedule in December 22, 2021. (Dkt. 12).

11. For the aforementioned reasons, the parties request an extension of 180 days to complete fact discovery, up to and including January 25, 2023.

Respectfully submitted,

Dated: June 29, 2022

By: /s/ *Christina Abraham*
Christina Abraham

Christina Abraham, Esq.
Abraham Law and Consulting, LLC
161 N. Clark Street, Suite 1600
Chicago, IL 60601
(312) 588-7150
Christina.w.abraham@gmail.com

Janaan Hashim, Esq.
Amal Law Group, LLC
161 N. Clark Street, Suite 1600
Chicago, IL 60601
312-882-4122
jhashim@amallaw.com

*Counsels for plaintiff*

By: */s/ John M. Catalano, Jr.*
John M. Catalano, Jr.

CELIA MEZA
Corporation Counsel
of the City of Chicago

John M. Catalano Jr.
Scott Crouch
Assistants Corporation Counsel
City of Chicago, Department of Law
Employment Litigation Division
2 North LaSalle Street, Suite 640
Chicago, Illinois 60602
John.Catalano2@cityofchicago.org
Scott.Crouch@cityofchicago.org

(312) 742-4045
(312) 744-8369

*Counsel for Defendant*

3