**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Hany Shalabi
                Plaintiff,

v.
                                     Case No.: 1:21–cv–05623
                                     Honorable Manish S. Shah

City of Chicago
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 1, 2022:

      MINUTE entry before the Honorable Manish S. Shah: The motion to accept the late–filed status report [22] is granted. All fact discovery must be noticed in time for completion by 1/23/23. The parties shall file a status report on discovery progress on 9/7/2022. The parties are warned that another extension of the fact discovery deadline is not likely to be granted. Counsel must plan for this case and counsel's other commitments. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.