# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Hany Shalabi

                Plaintiff,

v.                               Case No.: 1:21–cv–05623
                                          Honorable Manish S. Shah

City of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2022:

      MINUTE entry before the Honorable Manish S. Shah: Defendant's motion for entry of a confidentiality order [26][27] is granted. Redaction of private email accounts, home addresses, and private telephone numbers is acceptable because there has been no showing that such information is relevant or likely to lead to relevant evidence; at this early stage of the case there is no basis to conclude that information should be disclosed to plaintiff. There is good cause to redact complaint register files in a manner consistent with FOIA if those files will be disclosed outside the litigants in this case. Keeping the parties focused on this litigation and allowing for production of CR files expeditiously serve the interests in prompt resolution of the dispute. And if plaintiff believes relief from the confidentiality order is appropriate, plaintiff can always raise a specific objection. Enter confidentiality order. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.