IN THE FEDERAL DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HANY SHALABI, | Case No.: 21-cv-5623 |
| Plaintiff, | Hon. Judge Manish S. Shah |
| v. | Magistrate Judge Jeffrey Cummings |
| CITY OF CHICAGO, a municipal corporation, | |
| Defendant. | |

**AMENDED JOINT STATUS REPORT**

Pursuant to the Court's December 2, 2022 Order (ECF No. 37), the Parties jointly submit this status report on the progress of discovery.

1. On January 11, 2023, pursuant to this court's order to file a Joint Status Report ("JSR") (Dkt. 37), the parties collaborated via email in drafting a mutually agreeable JSR. Plaintiff emailed the City with a final edited version at 3:38 pm, however, the City did not receive this email until 9:02 pm after it had filed a JSR at 5:33 pm. (Dkt. 39) Accordingly, Plaintiff's edits were not included. Upon discovery of this error, the parties agreed to file this Amended JSR.

2. Since the date of the last status report, the parties had a hearing on December 6, 2022 regarding discovery issues related to the companion case (*Nanlawala v. City of Chicago*, 21-cv-5624).

3. On December 28, 2022, the City completed its review of ESI and produced approximately over 1,500 documents that are relevant to both this case and *Nanlawala*. The City also anticipates shortly supplementing its production with additional documents.

4. The City anticipates taking the deposition of Plaintiff Hany Shalabi on January 17, 2023 and his wife, Nilofer Nanlawala on January 19, 2023.

5. Plaintiff anticipates taking the depositions of Bridget Messino on January 20, 2023, Dwayne Bragiel on January 13, 2023, Robert Landowski on January 20, 2023, and Susan Mota on January 17, 2023.

6. Plaintiff also anticipates deposing Lt. Andrew Block and the parties are conferring as to a suitable date and time. On December 21, 2022, Plaintiff sent a Notice of Deposition scheduling Block's deposition for January 17, 2023 and was informed on January 11, 2023 that Block is not available on that date. Should Block or the parties not be available on a date prior to the January 23, 2023 deadline of fact discovery, the parties respectfully request leave from the court to conduct Block's deposition after the end of fact discovery.

7. The parties do not anticipate the taking of expert discovery.

8. The parties propose that dipositive motions are due on April 3, 2023, responses are due on June 1, 2023, and replies are due on August 1, 2023.

Respectfully submitted,

Dated: January 11, 2023

By: /s/ *Janaan Hashim*　　　　　　　　By: */s/ John M. Catalano, Jr.*
Janaan Hashim, Esq.　　　　　　　　　　John M. Catalano, Jr.

Janaan Hashim, Esq.　　　　　　　　　　Office of Corporation Counsel
Amal Law Group, LLC　　　　　　　　　of the City of Chicago
161 N. Clark Street, Suite 1600
Chicago, IL 60601　　　　　　　　　　　John M. Catalano Jr.
312-882-4122　　　　　　　　　　　　　Derek R. Kuhn

jhashim@amallaw.com

Christina Abraham, Esq.
Abraham Law and Consulting, LLC
161 N. Clark Street, Suite 1600
Chicago, IL 60601
(312) 588-7150
Christina.w.abraham@gmail.com

*Counsels for Plaintiff*

Jay Rahman
Assistants Corporation Counsel
City of Chicago, Department of Law
Employment Litigation Division
2 North LaSalle Street, Suite 640
Chicago, Illinois 60602
John.Catalano2@cityofchicago.org
Derek.Kuhn@cityofchicago.org
Jay.Rahman@cityofchicago.org
(312) 742-4045
(312) 744-0898
(312) 744-4939

*Counsels for Defendant*